Jeffrey D. Kaliel (CA Bar No. 238293)
Sophia G. Gold (CA Bar No. 307971)
jkaliel@kalielpllc.com
sgold@kalielpllc.com
KALIEL PLLC
1875 Connecticut Ave., NW, 10th Floor
Washington, D.C. 20009
(202) 350-4783

Attorneys for Plaintiffs
and the Putative Class

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PETRA LOPEZ, COLEA WRIGHT and SUZANNE PIDCOCK, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>BBVA COMPASS BANK, N.A.,<br><br>Defendant. | **CASE NO. 2:18-cv-00031**<br><br>**ORDER ON STIPULATION TO FILE SECOND AMENDED COMPLAINT** |

The Court, having reviewed and considered the Stipulation to File Second Amended Complaint, and good cause appearing, hereby APPROVES the Stipulation and ORDERS that Plaintiffs shall file a Second Amended Complaint on or before May 25, 2018 and that Defendant shall respond to the Second Amended Complaint on or before June 25, 2018.

**IT IS SO ORDERED.**

Dated: May 18, 2018

_____
Troy L. Nunley
United States District Judge